# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cr-00044-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **DARYL BROWN,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion to Appoint Counsel and Motion Compassionate Release/Reduction of Sentence. (Doc. No. 41).

### ORDER

**IT IS, THEREFORE, ORDERED** that within **20 days** the Government shall file a response to Defendant's motion.

Signed: April 13, 2021

Max O. Cogburn Jr.
United States District Judge